UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA ERAZO,

        Plaintiff,

  v.

AURORA LOAN SERVICES, and DOES 1 TO 20, inclusive,

        Defendants.
                                        /

No. C 09-149 MHP

**ORDER re FINAL DISMISSAL WITH PREJUDICE**

    This court's order filed June 19, 2009, recites the litany of plaintiff's failures to appear in this action initiated by her, her appearance after issuance of an order to show cause and the instructions given to her and defendant about the refiling of a motion to dismiss and that plaintiff file her opposition to the motion on or before June 1, 2009. Plaintiff failed to comply and on June 19, 2009, no opposition having been filed, this court deemed the motion submitted on the papers, granted the motion and dismissed the complaint.

    Now plaintiff attempts to dismiss the complaint *without prejudice*, providing neither a stipulation of the parties nor seeking an order of the court. She merely files a Notice of Dismissal pursuant to "Rule 41(a)(1)". Plaintiff is too late. An order has already been entered granting the motion to dismiss. To make it further clear, the dismissal is **with prejudice** and the Clerk of Court shall "Unfile" plaintiff's Notice of Dismissal filed June 24, 2009, and merely stamp it as "Received". To reiterate, the complaint herein is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**.

    IT IS SO ORDERED.

Dated: June 26, 2009

                                                  MARILYN HALL PATEL
                                                  United States District Court Judge
                                                  Northern District of California